FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 FEB 23 PM 2: 15

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: Search Warrant for 2617 North 70th St., Omaha, Douglas County, Nebraska, a white, 1 ½ story, raised ranch, single family dwelling with the numbers "2617" posted to the right of the front door; AND the person of Maurice C. Walker, black male, Date of Birth November 5, 1983; AND a 2002 white Chevrolet Tahoe, Nebraska registration RVT 315, Vehicle Identification Number 1GNEK13Z72R270039 | 8:11MJ34 |

## MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 23rd day of February, 2012

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By
JOHN E. HIGGINS #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

## ORDER

IT IS SO ORDERED.

BY THE COURT:

THOMAS D. THALKEN
Magistrate Judge, United States District Court

DATED: 02-23-12